# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 23, 2015

### NO.  03-14-00181-CV

**Furie Petroleum Co., LLC; Furie Operating Alaska, LLC;
Cornucopia Oil & Gas Co., LLC f/k/a Escopeta Oil of Alaska; and Kay Rieck, Appellants**

**v.**

**Ben Barnes Group, L.P., Appellee**

---

**APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
REVERSED AND RENDERED -- OPINION BY JUSTICE FIELD**

---

This is an appeal from the interlocutory order signed by the trial court on March 5, 2014.  Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order.  Therefore, the Court reverses the trial court's interlocutory order denying appellant Rieck's special appearance and renders judgment dismissing appellee's claims against appellant Rieck.  Appellee shall pay all costs relating to this appeal, both in this Court and the court below.